O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 18 2015

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. SA15-0423M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| DRAKE MICHAELS ALFIERI | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: August 18, 2015

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE